**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **KEITH L. PARKER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:05CV187-DJS |
| ) | |
| **STEVE MOORE,** ) | |
| ) | |
| Respondent. ) | |

### ORDER

Upon careful consideration of the United States Magistrate Judge's report and recommendation, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #18] is accepted and adopted.

**IT IS FURTHER ORDERED** that petitioner's motion to dismiss the instant habeas corpus petition [Doc. #16] is granted.

Dated this   30th   day of December, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE